**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-527**

---

In Re: JOHNNIE ROWE,

                                        Petitioner.

---

On Petition for Writ of Mandamus.  (CA-97-868)

---

Submitted:  April 29, 1998            Decided:  May 15, 1998

---

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Johnnie Rowe, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Johnnie Rowe filed a petition for a writ of mandamus to compel the district court to act on his response and the motion to dismiss his action filed under 42 U.S.C. § 1983 (1994). Defendants filed the motion to dismiss on October 9, 1997, to which Rowe responded on October 16, 1997. The motion and response are before a magistrate judge for his report and recommendation to the district court. We find that the delay in the district court has not been unreasonable. Accordingly, we deny the petition for a writ of mandamus without prejudice to Rowe's right to refile if the district court does not act within a reasonable time. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2